UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                       Chapter 11

   ADIRONDACKS PROTECTION SERVICES LLC,         Case No. 1-22-42927-nhl
aka Sentinel Security Services, LLC
                                          Debtor.
-------------------------------------------------------------------X

**ORDER GRANTING APPLICATION FOR FIRST & FINAL
ALLOWANCE OF PROFESSIONAL COMPENSATION
<u>OF GERARD LUCKMAN, SUBCHAPTER V TRUSTEE</u>**

**UPO**N consideration of the Application of Gerard Luckman as Subchapter V Trustee for Final Allowance of Professional Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period set forth in the Application; and notice being reasonable based on the totality of the circumstances of this case; and due consideration having been given to any responses thereto; and no objection being interposed; and sufficient cause having been shown therefor, it is hereby

**ORDERED**, that the Application is granted as set forth below:

| (1) APPLICANT | (2) DOCUMENT | (3) FEES ALLOWED | (4) EXPENSES ALLOWED |
|---|---|---|---|
| Gerard R Luckman, Esq. | ECF Docket Nos. 69 and 70 | $8,189.00 | N/A |

**AND IT IS FURTHER ORDERED**, that the Debtor, is to pay the allowed fees and expenses to Gerard Luckman in full upon the signing of this Order; and it is further

Case 1-22-42927-nhl    Doc 72    Filed 09/22/23    Entered 09/25/23 09:39:55

**ORDERED**, that the Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.



Dated: September 22, 2023
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge