WEINBERG ZAREH MALKIN PRICE LLP
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
Phone: 212-899-5470
Adrienne Woods, Esq.
Email: awoods@wzmplaw.com

*Counsel for Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: **ADIRONDACKS PROTECTION SERVICES, LLC,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-42927 (NHL) |

## NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on July 21, 2023, the United States Bankruptcy Court for the Eastern District of New York entered its Order (the "Confirmation Order") [ECF Doc. No. 67] confirming the Debtor's Subchapter V Plan of Reorganization filed on June 24, 2023 (the "Plan")[2] [ECF Doc. No. 63].

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order having been entered, and distributions having been commenced under the Plan, the Effective Date of the Plan occurred on July 28, 2023. Each of the conditions precedent to the occurrence of the Effective Date of the Plan have been satisfied or waived.

---

[1] The last four digits of Debtor's taxpayer identification number are 3269.
[2] Capitalized terms not otherwise defined herein are ascribed the meaning provided in the Plan.

**PLEASE TAKE FURTHER NOTICE** pursuant to section 1183(c)(2) of the Bankruptcy Code that the Plan has been substantially consummated and, in accordance with section 1183(c)(1) of the Bankruptcy Code, the service of the Subchapter V Trustee shall be and hereby is terminated.

**PLEASE TAKE FURTHER NOTICE** that if you would like copies of the Plan or any other document filed in this Chapter 11 Case, you may obtain copies for a fee via PACER at: www.nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtor and any Holder of a Claim or an Interest and such Holder's respective predecessors, successors, and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

| | |
|---|---|
| Dated: New York, New York<br>September 26, 2023 | WEINBERG ZAREH MALKIN PRICE LLP<br><br> */s/ Adrienne Woods*<br>Adrienne Woods, Esq.<br>45 Rockefeller Plaza, 20th Floor<br>New York, New York 10111<br>Phone: 212-899-5470<br>Email: awoods@wzmplaw.com<br><br>*Attorneys for Debtor and Debtor-in-Possession* |