**Fill in this information to identify the case:**

Debtor Name __Adirondacks Protection Services, LLC__

United States Bankruptcy Court for the: Eastern District of New York

Case number: __22-42927-NHL__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __August 2023__

Line of business: __Security Services__

Date report filed: __12/18/2023__
MM / DD / YYYY

NAISC code: __5151__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Managing Member__

Original signature of responsible party _____

Printed name of responsible party __Colin Blackman__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all of the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Adirondacks Protection Services, LLC          Case number  22-42927-NHL

17.  Have you paid any bills you owed before you filed bankruptcy?                            ☑   ☐   ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐   ☑   ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**                                              $   1,580.92

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                                 $   17,341.73

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                            − $   17,212.07

22.  **Net cash flow**                                                                    + $   129.66

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**                                          = $   1,710.58

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                                   $   0.00

*(Exhibit E)*

Debtor Name  Adirondacks Protection Services, LLC                    Case number  22-42927-NHL

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                  $ _____30,913.14_____

   *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                              _____2_____

27.  What is the number of employees as of the date of this monthly report?                 _____4_____

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0.00_____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____

30.  How much have you paid this month in other professional fees?                          $ _____0.00_____

31.  How much have you paid in total other professional fees since filing the case?         $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 20,871.34 | − | $ 17,341.73 | = | $ -3,529.61 |
| 33.  **Cash disbursements** | $ 20,503.45 | − | $ 17,212.07 | = | $ -3,291.38 |
| 34.  **Net cash flow** | $ 367.89 | − | $ 129.66 | = | $ -238.23 |

35.  Total projected cash receipts for the next month:                                     $ _____20,871.34_____

36.  Total projected cash disbursements for the next month:                             − $ _____20,403.45_____

37.  Total projected net cash flow for the next month:                                  = $ _____467.89_____

Debtor Name  Adirondacks Protection Services, LLC          Case number  22-42927-NHL

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Adirondacks Protection Services, LLC
Case No. 22-42927-NHL
Monthly Operating Report for August 2023

**EXHIBITS TO THE MONTHLY OPERATING REPORT:**

**EXHIBIT A**
None

**EXHIBIT B**
**Question 17** – The Debtor's Bankruptcy was confirmed, and as such the Reorganized Debtor is paying amounts to creditors provided for by the approved Plan of Reorganization.

**Exhibit C – Cash Receipts - Attached**

**Exhibit D – Cash Disbursements - Attached**
A schedule with all cash transactions is attached for this period.

**Exhibit E – Total Payables**
There are no post-petition bills that have been outstanding for 30 days or more.

**Exhibit F - Money Owed to You**
Receivables total $30,913.14

**Additional Information**
<u>Banking Information</u>
The Debtor opened its debtor-in-possession operating banking account, and payroll account at TD Bank. The bank statements for this Reporting Period for all open accounts are included in this month's Report.

<u>Bank Reconciliation</u>
The Debtor is Cash Basis and has no outstanding checks, all banking transactions are attached as Exhibits C and D.

**Adirondacks Protection Services, LLC**
*EXH C - Cash Receipts*
*August 2023*

| Account | Date | Transaction Type | Name | Amount |
|---|---|---|---|---|
| **Current Operating Account 4870** | 08/01/2023 | Payment | WIN - Women In Need, Inc. | 15,178.88 |
| **Current Payroll Account 4193** | 08/03/2023 | Transfer | | 2,673.00 |
| **Current Payroll Account 4193** | 08/03/2023 | Transfer | | 2,200.00 |
| **Current Tax Account 4375** | 08/07/2023 | Transfer | | 3,108.75 |
| **Current Tax Account 4375** | 08/07/2023 | Returned Check | IRS | 2,396.41 |
| **Current Tax Account 4375** | 08/07/2023 | Returned Check | NY Department of Taxation and Finance | 759.79 |
| **Current Tax Account 4375** | 08/08/2023 | Reversed Bank Fee | TD Bank | 70.00 |
| **Current Tax Account 4375** | 08/10/2023 | Transfer | | 500.00 |
| **Current Operating Account 4870** | 08/14/2023 | Payment | Crown Heights Medical Center | 2,162.85 |
| **Current Payroll Account 4193** | 08/22/2023 | Transfer | | 560.00 |

**Adirondacks Protection Services, LLC**
*EXH D - Cash Disbursements*
*August 2023*

| Account | Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| Current Payroll Account 4193 | 08/01/2023 | Check | 123 | | POD CHECK | Payroll expenses | -340.00 |
| Current Operating Account 4870 | 08/02/2023 | Expense | | Google | VISA DDA PUR - 420429 GOOGLE AD* CA | Advertising & marketing | -248.76 |
| Current Operating Account 4870 | 08/02/2023 | Expense | | MTA | DDA PURCHASE *0562 - 001 MTA METROCARD MACHINRK    * NY | Travel | -127.00 |
| Current Operating Account 4870 | 08/03/2023 | Transfer | | | POD CHECK | Current Payroll Account 4193 | -2,200.00 |
| Current Operating Account 4870 | 08/03/2023 | Transfer | | | POD CHECK | Current Payroll Account 4193 | -2,673.00 |
| Current Payroll Account 4193 | 08/03/2023 | Check | 133 | | POD CHECK | Payroll expenses | -706.51 |
| Current Payroll Account 4193 | 08/03/2023 | Check | 137 | | POD CHECK | Payroll expenses | -746.74 |
| Current Payroll Account 4193 | 08/03/2023 | Check | 140 | | POD CHECK | Payroll expenses | -746.74 |
| Current Operating Account 4870 | 08/04/2023 | Expense | | BoostMobile | VISA DDA PUR - 494144 BOOST MOBILE | Utilities | -60.00 |
| Current Payroll Account 4193 | 08/04/2023 | Check | 122 | Donna Rogers | POD CHECK | Payroll expenses | -958.33 |
| Current Payroll Account 4193 | 08/04/2023 | Check | 121 | Donna Rogers | POD CHECK | Payroll expenses | -627.88 |
| Current Payroll Account 4193 | 08/04/2023 | Check | 130 | Donna Rogers | POD CHECK | Payroll expenses | -506.16 |
| Current Tax Account 4375 | 08/04/2023 | Check Returned | | IRS | IRS USATAXPYMT | Payroll Liabilities:Federal Taxes (941/943/944) | -2,396.41 |
| Current Tax Account 4375 | 08/04/2023 | Check Returned | | NY Department of Taxation and Finance | PAYROLL TAX | Payroll Liabilities:NYS Income Tax | -759.79 |
| Current Operating Account 4870 | 08/07/2023 | Expense | | Amazon | Body Cameras for WIN location | Office expenses:Small tools and equipment | -97.96 |
| Current Operating Account 4870 | 08/07/2023 | Expense | | CRAIGSLIST ORG | VISA DDA PUR - 469216 CRAIGSLIST ORG 415 399 5200 * CA | Advertising & marketing | -45.00 |
| Current Operating Account 4870 | 08/07/2023 | Expense | | Intuit | INTL DDA PUR - 450057 INTUIT QBOOKS ONLINE 01628590800 G BR | QuickBooks Payments Fees | -27.00 |
| Current Operating Account 4870 | 08/07/2023 | Expense | | NYS Insurance Fund | NYSIF WEB_PAY | Insurance | -47.12 |
| Current Payroll Account 4193 | 08/07/2023 | Transfer | | | POD CHECK | Current Tax Account 4375 | -3,108.75 |
| Current Tax Account 4375 | 08/07/2023 | Check Reversed | 141 | Seon C. Carrington | CHECK 141 | Payroll expenses:Wages | -135.12 |
| Current Operating Account 4870 | 08/07/2023 | Bank Fee | | TD Bank | OVERDRAFT RET | General business expenses:Bank fees & service charges | -70.00 |
| Current Operating Account 4870 | 08/08/2023 | Check | 139 | United States Trustee Gerald R. Luckman Esq | CHECK 139 | Bankruptsy  Plan Payments | -3,000.00 |
| Current Operating Account 4870 | 08/08/2023 | Expense | | NY Department of Taxation and Finance | NYS DOL UI TAX PAYMNT | Taxes paid | -334.56 |
| Current Tax Account 4375 | 08/09/2023 | Expense | | NY Department of Taxation and Finance | PAYROLL RETRY PYMT - NYS 45 | Taxes paid:Payroll taxes | -759.79 |
| Current Tax Account 4375 | 08/09/2023 | Expense | | Intuit | PAYROLL DEBIT | General business expenses:Bank fees & service charges | -100.00 |
| Current Operating Account 4870 | 08/10/2023 | Expense | | Intuit | VISA DDA PUR - 469216 INTUIT QBOOKS ONLINEM * CA | QuickBooks Payments Fees | -92.00 |
| Current Operating Account 4870 | 08/10/2023 | Expense | | Guard Metrics | VISA DDA PUR - 449216 GUARDMETRICS* FL | Dues And Subscription | -100.00 |
| Current Operating Account 4870 | 08/10/2023 | Check | 136 | Romano Chotkoe - Claim # 6 | CHECK 136 | Bankruptsy  Plan Payments | -27.45 |
| Current Operating Account 4870 | 08/10/2023 | Check | 135 | Anthony Persaud - Claim # 5 | CHECK 135 | Bankruptsy  Plan Payments | -32.58 |
| Current Operating Account 4870 | 08/10/2023 | Transfer | | | DEPOSIT | Current Tax Account 4375 | -500.00 |
| Current Operating Account 4870 | 08/11/2023 | Expense | | HP Instant Ink | VISA DDA PUR - 469216 HP INSTANT INK 855 785 2777 * CA 469216   HP  INSTANT INK 855 785 2777 * CA | Office expenses | -10.32 |
| Current Operating Account 4870 | 08/11/2023 | Expense | | Paradise Cleaners | VISA DDA PUR - 405522 ORGANIC PARADISE CLEANER BROOKLYN | General business expenses | -39.52 |
| Current Operating Account 4870 | 08/14/2023 | Expense | | Align | VISA DDA PUR - 401134 ALIGNABLE WW ALIG * MA | General business expenses:Memberships & subscriptions | -32.66 |
| Current Operating Account 4870 | 08/14/2023 | Expense | | Optimum Phone Company | VISA DDA PUR - 469216 OPTIMUM | Utilities:Phone service | -205.86 |
| Current Payroll Account 4193 | 08/14/2023 | Expense | 142 | TONYA T SANCHEZ | POD CHECK Check #142 replaces Check. # 131 | Payroll expenses:Wages | -597.10 |
| Current Payroll Account 4193 | 08/14/2023 | Check | 144 | TONYA T SANCHEZ | POD CHECK Check #144 replaces Check. # 139 | Payroll expenses:Wages | -167.70 |
| Current Payroll Account 4193 | 08/14/2023 | Check | 143 | TONYA T SANCHEZ | POD CHECK - Check #143 replaces Check # 135 | Payroll expenses:Wages | -183.96 |
| Current Operating Account 4870 | 08/15/2023 | Check | 133 | Dept of Treasury - Claim # 3 - $268 | CHECK 133 IRS Claim #3 Plan Payment | Bankruptsy  Plan Payments | -0.34 |
| Current Operating Account 4870 | 08/15/2023 | Expense | | NYS Division of Licensing Services | VISA DDA PUR - Security Guard Registration | Business licences | -25.00 |
| Current Operating Account 4870 | 08/15/2023 | Check | 128 | Dept of Treasury - IRS Claim # 3 | CHECK 128 IRS Claim #3 Plan Payment | Bankruptsy  Plan Payments | -23.08 |
| Current Operating Account 4870 | 08/15/2023 | Check | 145 | Colin Blackman | POD CHECK | Owner draws | -1,100.00 |

| Account | Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| Current Operating Account 4870 | 08/16/2023 | Expense | | HIGH LINE CHICKEN AND P | VISA DDA PUR - 424666 HIGH LINE CHICKEN | Meals | -14.11 |
| Current Payroll Account 4193 | 08/16/2023 | Payroll Check | | Donna Rogers | Pay Period: 08/03/2023-08/09/2023 | -Split- | -762.55 |
| Current Operating Account 4870 | 08/17/2023 | Check | 129 | NYS Dept of Labor -DOL Claim 7 | CHECK 129 - DOL Claim # 7 Plan Payment | Bankruptcy  Plan Payments | -37.17 |
| Current Operating Account 4870 | 08/18/2023 | Expense | | PDF Filler | VISA DDA PUR - 491059 SUPPORTPDFFILLER | Dues And Subscription | -21.78 |
| Current Operating Account 4870 | 08/21/2023 | Expense | | Yahoo | VISA DDA PUR - 449215 YAHOO SMALL BUSINESS | Advertising & marketing:Listing fees | -149.00 |
| Current Operating Account 4870 | 08/21/2023 | Expense | | Yahoo | VISA DDA PUR - 449215 YAHOO SMALL BUSINESS  CA | Advertising & marketing:Website ads | -594.00 |
| Current Operating Account 4870 | 08/21/2023 | Expense | | Powered Books | VISA DDA PUR - 410086 POWERED BOOKS | Legal & accounting services:Accounting fees | -109.99 |
| Current Operating Account 4870 | 08/22/2023 | Transfer | | | POD CHECK | Current Payroll Account 4193 | -560.00 |
| Current Tax Account 4375 | 08/22/2023 | Expense | | IRS | IRS USATAXPYMT | Payroll Liabilities:Federal Taxes (941/943/944) | -2,396.41 |
| Current Operating Account 4870 | 08/24/2023 | Expense | | CRAIGSLIST ORG | VISA DDA PUR - 469216 CRAIGSLIST ORG | Advertising & marketing | -45.00 |
| Current Payroll Account 4193 | 08/24/2023 | Check | 153 | Seon C. Carrington | CHECK 153 | Payroll expenses | -135.12 |
| Current Operating Account 4870 | 08/25/2023 | Expense | | Paradise Cleaners | VISA DDA PUR - 405522 ORGANIC PARADISE CLEANER BROOKLYN * NY | General business expenses | -58.24 |
| Current Operating Account 4870 | 08/28/2023 | Expense | | Google | VISA DDA PUR - 420429 GOOGLE ADS  * CA | Advertising & marketing | -350.00 |
| Current Operating Account 4870 | 08/31/2023 | Expense | | MTA | DDA PURCHASE *0562 - 001 MTA METROCARD | Travel | -132.00 |
| Current Payroll Account 4193 | 08/31/2023 | Check | 155 | Colin Blackman | CHECK CASHED | Payroll expenses:Wages | -471.31 |

# Adirondacks Protection Services, LLC

## Profit and Loss
### August 2023

| | TOTAL |
|---|---:|
| Income | |
| Services | 17,165.43 |
| **Total Income** | **$17,165.43** |
| GROSS PROFIT | **$17,165.43** |
| Expenses | |
| Advertising & marketing | 688.76 |
| Listing fees | 149.00 |
| Website ads | 594.00 |
| **Total Advertising & marketing** | **1,431.76** |
| Business licences | 25.00 |
| Dues And Subscription | 121.78 |
| General business expenses | 97.76 |
| Bank fees & service charges | 100.00 |
| Memberships & subscriptions | 32.66 |
| **Total General business expenses** | **230.42** |
| Insurance | 47.12 |
| Legal & accounting services | |
| Accounting fees | 109.99 |
| **Total Legal & accounting services** | **109.99** |
| Meals | 14.11 |
| Office expenses | 10.32 |
| Small tools and equipment | 97.96 |
| **Total Office expenses** | **108.28** |
| Payroll expenses | 4,767.48 |
| Taxes | 421.91 |
| Wages | 6,354.11 |
| **Total Payroll expenses** | **11,543.50** |
| QuickBooks Payments Fees | 119.00 |
| Taxes paid | 334.56 |
| Payroll taxes | -2,396.41 |
| **Total Taxes paid** | **-2,061.85** |
| Travel | 259.00 |
| Utilities | 60.00 |
| Phone service | 205.86 |
| **Total Utilities** | **265.86** |
| **Total Expenses** | **$12,213.97** |
| NET OPERATING INCOME | **$4,951.46** |
| NET INCOME | **$4,951.46** |



**Bank**

America's Most Convenient Bank®

T



Go paperless.
Scan the QR code to
opt in to paperless
statements.

**STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
OPERATING
416 VERMONT ST
BROOKLYN NY 11207-4214

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 870 |

## Chapter 11 Checking

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY

Account #          4870

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 159.70 | Average Collected Balance | 3,872.96 |
| Deposits | 17,341.73 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 13,262.37 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 2,966.88 | Days in Period | 31 |
| Ending Balance | 1,272.18 | | |

| | Tota for th s cyc e | Tota Year to Date |
|---|---|---|
| Grace Per od OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | DEPOSIT | 15,178.88 |
| 08/14 | DEPOSIT | 2,162.85 |
| | Subtotal: | 17,341.73 |

**Checks Paid** No Checks 12    * ndicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/03 | 126 | 2,673.00 | 08/08 | 139* | 3,000.00 |
| 08/15 | 128* | 23.08 | 08/03 | 141* | 2,200.00 |
| 08/17 | 129 | 37.17 | 08/07 | 142 | 3,108.75 |
| 08/15 | 133* | 0.34 | 08/10 | 143 | 500.00 |
| 08/10 | 135* | 32.58 | 08/22 | 144 | 560.00 |
| 08/10 | 136 | 27.45 | 08/15 | 145 | 1,100.00 |
| | | | | Subtotal: | 13,262.37 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | DEBIT CARD PAYMENT, *****      0562, AUT 080123 VISA DDA PUR GOOGLE ADS2723445596      650 2530000 * CA | 248.76 |
| 08/02 | DEBIT POS, ****      0562, AUT 080223 DDA PURCHASE MTA METROCARD MACHINE      NEW YORK      * NY | 127.00 |
| 08/04 | DEBIT CARD PAYMENT, *****      0562, AUT 080223 VISA DDA PUR BOOST MOBILE      833 502 6678 * CO | 60.00 |
| 08/07 | DEBIT CARD PURCHASE, *****      0562, AUT 080423 VISA DDA PUR AMZN MKTP US TA3JJ3AB2      AMZN COM BILL * WA | 97.96 |

**Call                0 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured   TD Bank, N.A.   Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1 Your ending balance shown on this statement is:

2 List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3 Subtotal by adding lines 1 and 2.

4 List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5 Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| **1** | **Ending Balance** | 1,272.18 |
| **2** | **Total Deposits** | + |
| **3** | **Sub Total** | |
| **4** | **Total Withdrawals** | - |
| **5** | **Adjusted Balance** | |

| **2** DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **2** |

| **4** WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **4** |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

you need in ormation about an electronic  und trans er or i  you believe there is an error on your bank statement or receipt relating to an electronic  und trans er telephone the bank immediately at the phone number listed on the  ront o  your statement or write to

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear  rom you no later than sixty (60) calendar days a ter we sent you the  irst statement on which the error or problem  irst appeared  When contacting the Bank  please explain as clearly as you can why you believe there is an error or why more in ormation is needed  Please include

- Your name and account number
- A description o  the error or transaction you are unsure  about
-  he dollar amount and date o  the suspected error

When making a verbal inquiry  the Bank may ask that you send us your complaint in writing within ten (10) business days a ter the  irst telephone call

We will investigate your complaint and will correct any error promptly     we take more than ten (10) business days to do this  we will credit your account  or the amount you think is in error  so that you have the use o  the money during the time it takes to complete our investigation

**INTEREST NOTICE**

 otal interest credited by the Bank to you this year will be reported by the Bank to the  nternal Revenue Service and State tax authorities   he amount to be reported is reported separately to you by the Bank

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

 n case o  Errors or Questions About Your Bill

 you think your bill is wrong  or i  you need more in ormation about a transaction on your bill  write us at P O  Box 1377  Lewiston  Maine 04243-1377 as soon as possible  We must hear  rom you no later than sixty (60) days a ter we sent you the F RS   bill on which the error or problem  appeared  You can telephone us  but doing so will not preserve your rights  in your letter  give us the  ollowing in ormation

- Your name and account number
-  he dollar amount o  the suspected  error
- Describe the error and explain  i  you can  why you believe there is an error you need more in ormation  describe the item you are unsure  about

You do not have to pay any amount in question while we are investigating  but you are still obligated to pay the parts o  your bill that are not in question  While we investigate your question  we cannot report you as delinquent or take any action to collect the amount you question

F NANCE CHARGES  Although the Bank uses the Daily Balance method to calculate the  inance charge on your Moneyline/Overdra t Protection account (the term "ODP" or "OD" re ers to Overdra t Protection)  the Bank discloses the Average Daily Balance on the periodic statement as an easier method  or you to calculate the  inance  charge  he  inance charge begins to accrue on the date advances and other debits  are posted to your account and will continue until the balance has been paid in  ull  o compute the  inance charge  multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on  the  ront o  the statement)   he Average Daily Balance is calculated by adding the balance  or each day o  the billing cycle  then dividing the total balance by the number o  Days in the Billing Cycle   he daily balance is the balance  or the day a ter advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day    here is no grace period during which no  inance charge accrues  Finance charge adjustments are included in your total  inance charge



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Primary Account #: | 870 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | ELECTRONIC PMT-WEB, NYSIF WEB PAY ****2365080423 | 47.12 |
| 08/07 | DEBIT CARD PURCHASE, *****0562, AUT 080423 VISA DDA PUR CRAIGSLIST ORG     415 399 5200 * CA | 45.00 |
| 08/07 | INTL DEBIT CARD PUR, *****0562, AUT 080423 INTL DDA PUR INTUIT  QBOOKS ONLINE    01628590800 G BR | 27.00 |
| 08/08 | CCD DEBIT, NYS DOL UI TAX PAYMNT ****00102220799 | 334.56 |
| 08/10 | DEBIT CARD PAYMENT, *****0562, AUT 081023 VISA DDA PUR GUARDMETRICS NET     GUARDMETRICS * FL | 100.00 |
| 08/10 | DEBIT CARD PAYMENT, *****0562, AUT 080923 VISA DDA PUR INTUIT  QBOOKS ONLINE    CL INTUIT COM * CA | 92.00 |
| 08/11 | DEBIT CARD PURCHASE, *****0562, AUT 080923 VISA DDA PUR ORGANIC PARADISE CLEANER    OKLYN     * NY | 39.52 |
| 08/11 | DEBIT CARD PAYMENT, *****0562, AUT 081023 VISA DDA PUR HP  INSTANT INK     855 785 2777 * CA | 10.32 |
| 08/14 | DEBIT CARD PURCHASE, *****0562, AUT 081223 VISA DDA PUR OPTIMUM 7836     718 860 3513 * NY | 205.86 |
| 08/14 | DEBIT CARD PAYMENT, *****0562, AUT 081123 VISA DDA PUR ALIGNABLE P 6179773022    HTTPSWWW ALIG * MA | 32.66 |
| 08/15 | DEBIT CARD PURCHASE, *****0562, AUT 081423 VISA DDA PUR NYS DIV OF LICENSING    518 4744429 * NY | 25.00 |
| 08/16 | DEBIT CARD PURCHASE, *****0562, AUT 081523 VISA DDA PUR HIGH LINE CHICKEN AND PI   347 4242708 * NY | 14.11 |
| 08/18 | DEBIT CARD PAYMENT, *****0562, AUT 081723 VISA DDA PUR SUPPORTPDFFILLER COM    855 750 1663 * MA | 21.78 |
| 08/21 | DEBIT CARD PAYMENT, *****0562, AUT 081823 VISA DDA PUR YAHOO SMALL BUSINESS     866 438 1582 * CA | 594.00 |
| 08/21 | DEBIT CARD PAYMENT, *****0562, AUT 081823 VISA DDA PUR YAHOO SMALL BUSINESS     866 438 1582 * CA | 149.00 |
| 08/21 | DEBIT CARD PURCHASE, *****0562, AUT 082023 VISA DDA PUR POWERED BOOKS     844 769 3733 * CA | 109.99 |
| 08/24 | DEBIT CARD PURCHASE, *****0562, AUT 082223 VISA DDA PUR CRAIGSLIST ORG     415 399 5200 * CA | 45.00 |
| 08/25 | DEBIT CARD PURCHASE, *****0562, AUT 082323 VISA DDA PUR ORGANIC PARADISE CLEANER    BROOKLYN     * NY | 58.24 |
| 08/28 | DEBIT CARD PURCHASE, *****0562, AUT 082523 VISA DDA PUR GOOGLE ADS2723445596    650 2530000 * CA | 350.00 |
| 08/31 | DEBIT POS, *****0562, AUT 083123 DDA PURCHASE MTA METROCARD MACHINE    NEW YORK     * NY | 132.00 |

| | | |
|---|---|---|
| | Subtotal: | 2,966.88 |


**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 870 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 159.70 | 08/15 | 3,343.47 |
| 08/01 | 15,338.58 | 08/16 | 3,329.36 |
| 08/02 | 14,962.82 | 08/17 | 3,292.19 |
| 08/03 | 10,089.82 | 08/18 | 3,270.41 |
| 08/04 | 10,029.82 | 08/21 | 2,417.42 |
| 08/07 | 6,703.99 | 08/22 | 1,857.42 |
| 08/08 | 3,369.43 | 08/24 | 1,812.42 |
| 08/10 | 2,617.40 | 08/25 | 1,754.18 |
| 08/11 | 2,567.56 | 08/28 | 1,404.18 |
| 08/14 | 4,491.89 | 08/31 | 1,272.18 |



**America's Most Convenient Bank®**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 870 |

## Important Notice About Your Account

We're committed to keeping you informed when it comes to your banking. Effective immediately, we're updating our Business Deposit Account Agreement (BDAA) for our business, commercial and government banking accounts. Here's a summary of the changes regarding information collection, large cash deposits, and the governing law clause:

**Our responsibility to obtain information and right to limit large cash deposits**

This update clarifies our responsibility to obtain, update and verify information identifying your business, individuals associated with your business, or whoever takes actions with respect to your account. We reserve the right to limit large cash deposits to your account and require additional information to comply with applicable law.

**Governing law clause**

We've clarified the governing law for accounts that were not opened in TD Bank locations. If you open an additional account remotely, the governing law is the same as for your existing accounts. New accounts opened remotely are governed by federal law and, to the extent not preempted by or inconsistent with federal law, the law of the jurisdiction of your business address at the time you opened the accounts. This change does not apply to government or public entities.

You can view the updated BDAA at tdbank.com/exc/pdf/business-deposit-agreement.pdf. If you have any questions, call us at [redacted] or visit a TD Bank near you.



**Bank**

America's Most Convenient Bank®

T



Go paperless.
Scan the QR code to opt in to paperless statements.

**STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-11536 EDNY
PAYROLL
416 VERMONT ST
BROKLYN NY  11207

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 193 |

## Chapter 11 Checking

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-11536 EDNY
PAYROLL

Account #  4193

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,346.77 | Average Collected Balance | 671.21 |
| Deposits | 5,433.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 6,768.37 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 11.40 | Days in Period | 31 |

| | Tota for th s cyc e | Tota Year to Date |
|---|---|---|
| Grace Per od OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | DEPOSIT | 2,673.00 |
| 08/03 | DEPOSIT | 2,200.00 |
| 08/22 | DEPOSIT | 560.00 |
| | Subtotal: | 5,433.00 |

**Checks Paid**    No Checks 14    * ndicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/04 | 121 | 627.88 | 08/03 | 140* | 746.74 |
| 08/04 | 122 | 958.33 | 08/07 | 141 | 135.12 |
| 08/01 | 123 | 340.00 | 08/14 | 142 | 597.10 |
| 08/04 | 130* | 506.16 | 08/14 | 143 | 183.96 |
| 08/03 | 133* | 706.51 | 08/14 | 144 | 167.70 |
| 08/03 | 137* | 746.74 | 08/24 | 153* | 135.12 |
| 08/03 | 138 | 445.70 | 08/31 | 155* | 471.31 |
| | | | | Subtotal: | 6,768.37 |

Bank Deposits FDIC Insured   TD Bank, N.A.   Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

**1** Your ending balance shown on this statement is:

**2** List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

**3** Subtotal by adding lines 1 and 2.

**4** List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

**5** Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**1** Ending Balance                11.40

**2** Total Deposits         +

**3** Sub Total

**4** Total Withdrawals      -

**5** Adjusted Balance

| **2** DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **2** |

| **4** WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **4** |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

you need in ormation about an electronic und trans er or i you believe there is an error on your bank statement or receipt relating to an electronic und trans er telephone the bank immediately at the phone number listed on the ront o your statement or write to

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear rom you no later than sixty (60) calendar days a ter we sent you the irst statement on which the error or problem irst appeared When contacting the Bank please explain as clearly as you can why you believe there is an error or why more in ormation is needed Please include

- Your name and account number
- A description o the error or transaction you are unsure about
- he dollar amount and date o the suspected error

When making a verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days a ter the irst telephone call

We will investigate your complaint and will correct any error promptly we take more than ten (10) business days to do this we will credit your account or the amount you think is in error so that you have the use o the money during the time it takes to complete our investigation

**INTEREST NOTICE**

otal interest credited by the Bank to you this year will be reported by the Bank to the nternal Revenue Service and State tax authorities he amount to be reported is reported separately to you by the Bank

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

n case o Errors or Questions About Your Bill

you think your bill is wrong or i you need more in ormation about a transaction on your bill write us at P O Box 1377 Lewiston Maine 04243-1377 as soon as possible We must hear rom you no later than sixty (60) days a ter we sent you the F RS bill on which the error or problem appeared You can telephone us but doing so will not preserve your rights in your letter give us the ollowing in ormation

- Your name and account number
- he dollar amount o the suspected error
- Describe the error and explain i you can why you believe there is an error you need more in ormation describe the item you are unsure about

You do not have to pay any amount in question while we are investigating but you are still obligated to pay the parts o your bill that are not in question While we investigate your question we cannot report you as delinquent or take any action to collect the amount you question

F NANCE CHARGES Although the Bank uses the Daily Balance method to calculate the inance charge on your Moneyline/Overdra t Protection account (the term "ODP" or "OD" re ers to Overdra t Protection) the Bank discloses the Average Daily Balance on the periodic statement as an easier method o you to calculate the inance charge he inance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in ull o compute the inance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the ront o the statement) he Average Daily Balance is calculated by adding the balance o each day o the billing cycle then dividing the daily balance in the balance o Days in the Billing Cycle he daily balance is the balance or the day a ter advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day here is no grace period during which no inance charge accrues Finance charge adjustments are included in your total inance charge



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-11536 EDNY
PAYROLL

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 193 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 07/31 | 1,346.77 | 08/14 | 57.83 |
| 08/01 | 1,006.77 | 08/22 | 617.83 |
| 08/03 | 3,234.08 | 08/24 | 482.71 |
| 08/04 | 1,141.71 | 08/31 | 11.40 |
| 08/07 | 1,006.59 | | |



America's Most Convenient Bank®

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-11536 EDNY
PAYROLL

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 193 |



## Important Notice About Your Account

We're committed to keeping you informed when it comes to your banking. Effective immediately, we're updating our Business Deposit Account Agreement (BDAA) for our business, commercial and government banking accounts. Here's a summary of the changes regarding information collection, large cash deposits, and the governing law clause:

**Our responsibility to obtain information and right to limit large cash deposits**

This update clarifies our responsibility to obtain, update and verify information identifying your business, individuals associated with your business, or whoever takes actions with respect to your account. We reserve the right to limit large cash deposits to your account and require additional information to comply with applicable law.

**Governing law clause**

We've clarified the governing law for accounts that were not opened in TD Bank locations. If you open an additional account remotely, the governing law is the same as for your existing accounts. New accounts opened remotely are governed by federal law and, to the extent not preempted by or inconsistent with federal law, the law of the jurisdiction of your business address at the time you opened the accounts. This change does not apply to government or public entities.

You can view the updated BDAA at tdbank.com/exc/pdf/business-deposit-agreement.pdf. If you have any questions, call us at                    or visit a TD Bank near you.

**Call                    for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured   TD Bank, N.A.   Equal Housing Lender   

 **Bank**

America's Most Convenient Bank®



**Go paperless.**
Scan the QR code to
opt in to paperless
statements.

T    **STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
TAX ACCOUNT
416 VERMONT ST
BROOKLYN NY 11207-4214



| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Primary Account #: | 375 |

## Chapter 11 Checking

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
TAX ACCOUNT

Account #        4375

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 74.45 | Average Collected Balance | 1,217.70 |
| Deposits | 3,608.75 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,156.20 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 70.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Electronic Payments | 6,412.40 | | |
| Other Withdrawals | 70.00 | | |
| Ending Balance | 427.00 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $70.00 | $70.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $70.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | DEPOSIT | 3,108.75 |
| 08/10 | DEPOSIT | 500.00 |
| | Subtotal: | 3,608.75 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/07 | ACH RETURNED ITEM, IRS USATAXPYMT ***      1094 | 2,396.41 |
| 08/07 | ACH RETURNED ITEM, PAYROLL TAX     1543 | 759.79 |
| | Subtotal: | 3,156.20 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | NSF GRACE FEE REFUND | 70.00 |
| | Subtotal: | 70.00 |

**Call              for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured    TD Bank, N.A.    Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1 Your ending balance shown on this statement is:

2 List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3 Subtotal by adding lines 1 and 2.

4 List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5 Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 427.00 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

| 2 DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | 2 |

| 4 WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | 4 |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

    you need in ormation about an electronic  und trans er or i  you believe there is an error on your bank statement or receipt relating to an electronic  und trans er telephone the bank immediately at the phone number listed on the  ront o  your statement or write to

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear  rom you no later than sixty (60) calendar days a ter we sent you the  irst statement on which the error or problem  irst appeared  When contacting the Bank  please explain as clearly as you can why you believe there is an error or why more in ormation is needed  Please include

- Your name and account number
- A description o  the error or transaction you are unsure  about
-  he dollar amount and date o  the suspected error

When making a verbal inquiry  the Bank may ask that you send us your complaint in writing within ten (10) business days a ter the  irst telephone call

We will investigate your complaint and will correct any error promptly    we take more than ten (10) business days to do this  we will credit your account  or the amount you think is in error  so that you have the use o  the money during the time it takes to complete our investigation

**INTEREST NOTICE**

    otal interest credited by the Bank to you this year will be reported by the Bank to the  nternal Revenue Service and State tax authorities   he amount to be reported is reported separately to you by the Bank

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

 n case o  Errors or Questions About Your Bill

    you think your bill is wrong  or i  you need more in ormation about a transaction on your bill  write us at P O  Box 1377  Lewiston  Maine 04243-1377 as soon as possible  We must hear  rom you no later than sixty (60) days a ter we sent you the F RS    bill on which the error or problem appeared  You can telephone us  but doing so will not preserve your rights  in your letter  give us the  ollowing in ormation

- Your name and account number
-  he dollar amount o  the suspected  error
- Describe the error and explain  i  you can  why you believe there is an error
     you need more in ormation  describe the item you are unsure about

You do not have to pay any amount in question while we are investigating  but you are still obligated to pay the parts o  your bill that are not in question  While we investigate your question  we cannot report you as delinquent or take any action to collect the amount you question

F NANCE CHARGES  Although the Bank uses the Daily Balance method to calculate the  inance charge on your Moneyline/Overdra t Protection account (the term "ODP" or "OD" re ers to Overdra t Protection)  the Bank discloses the Average Daily Balance on the periodic statement as an easier method  or you to calculate the  inance  charge   he  inance charge begins to accrue on the date advances and other debits  are posted to your account and will continue until the balance has been paid in  ull   o compute the  inance charge  multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on  the  ront o  the statement)   he Average Daily Balance is calculated by adding the balance  or each day o  the billing cycle  then dividing the daily balance by the number o  Days in the Billing Cycle   he daily balance is the balance  or the day a ter advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day    here is no grace period during which no  inance charge accrues  Finance charge adjustments are included in your total  inance charge

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
TAX ACCOUNT

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: |  375 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/04 | CCD DEBIT, IRS USATAXPYMT *** ████ 1094 | | 2,396.41 |
| 08/04 | CCD DEBIT, PAYROLL TAX ████ 1543 | | 759.79 |
| 08/09 | CCD DEBIT, PAYROLL RETRY PYMT ████ 1543 | | 759.79 |
| 08/09 | CCD DEBIT, PAYROLL DEBIT ████ 1543 | | 100.00 |
| 08/22 | CCD DEBIT, IRS USATAXPYMT *** ████ 6924 | | 2,396.41 |
| | | Subtotal: | 6,412.40 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/07 | OVERDRAFT RET | | 70.00 |
| | | Subtotal: | 70.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 74.45 | 08/09 | 2,323.41 |
| 08/04 | -3,081.75 | 08/10 | 2,823.41 |
| 08/07 | 3,113.20 | 08/22 | 427.00 |
| 08/08 | 3,183.20 | | |

**Call** ████████ **for 24-hour Bank-by-Phone services or connect to** www.tdbank.com

Bank Deposits FDIC Insured  TD Bank, N.A.  Equal Housing Lender



**America's Most Convenient Bank®**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
TAX ACCOUNT

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Per od: | Aug 01 2023-Aug 31 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 375 |

---

## Important Notice About Your Account

We're committed to keeping you informed when it comes to your banking. Effective immediately, we're updating our Business Deposit Account Agreement (BDAA) for our business, commercial and government banking accounts. Here's a summary of the changes regarding information collection, large cash deposits, and the governing law clause:

**Our responsibility to obtain information and right to limit large cash deposits**

This update clarifies our responsibility to obtain, update and verify information identifying your business, individuals associated with your business, or whoever takes actions with respect to your account. We reserve the right to limit large cash deposits to your account and require additional information to comply with applicable law.

**Governing law clause**

We've clarified the governing law for accounts that were not opened in TD Bank locations. If you open an additional account remotely, the governing law is the same as for your existing accounts. New accounts opened remotely are governed by federal law and, to the extent not preempted by or inconsistent with federal law, the law of the jurisdiction of your business address at the time you opened the accounts. This change does not apply to government or public entities.

You can view the updated BDAA at tdbank.com/exc/pdf/business-deposit-agreement.pdf. If you have any questions, call us a ▮▮▮▮▮ or visit a TD Bank near you.

---

**Call ▮▮▮▮▮ for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured   TD Bank, N.A.   Equal Housing Lender