**Fill in this information to identify the case:**

Debtor Name: Adirondacks Protection Services, LLC

United States Bankruptcy Court for the: Eastern District of New York

Case number: 22-42927-NHL

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: September 2023

Date report filed: 01/08/2024
MM / DD / YYYY

Line of business: Security Services

NAISC code: 5151

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Managing Member

Original signature of responsible party: /s/ Colin Blackman

Printed name of responsible party: Colin Blackman

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Adirondacks Protection Services, LLC                    Case number 22-42927-NHL

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 1,710.58

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ 19,513.81

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      − $ 16,936.62

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 2,577.19

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 4,287.77

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                              $ 0.00

    *(Exhibit E)*

Debtor Name  Adirondacks Protection Services, LLC                Case number 22-42927-NHL

# 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 30,293.52

    *(Exhibit F)*

# 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 6

# 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

# 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | Column C **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 20,871.34 | − | $ 19,513.81 | = | $ 1,357.53 |
| 33. **Cash disbursements** | $ 20,403.45 | − | $ 16,936.62 | = | $ 3,466.83 |
| 34. **Net cash flow** | $ 467.89 | − | $ 2,577.19 | = | $ -2,109.30 |

35. Total projected cash receipts for the next month: $ 20,871.34
36. Total projected cash disbursements for the next month: − $ 20,343.45
37. Total projected net cash flow for the next month: = $ 527.89

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Adirondacks Protection Services, LLC
Case No. 22-42927-NHL
Monthly Operating Report for September 2023

**EXHIBITS TO THE MONTHLY OPERATING REPORT:**

**EXHIBIT A**
None

**EXHIBIT B**
**Question 17** – The Debtor's Bankruptcy was confirmed, and as such the Reorganized Debtor is paying amounts to creditors provided for by the approved Plan of Reorganization.

**Exhibit C – Cash Receipts - Attached**

**Exhibit D – Cash Disbursements - Attached**
A schedule with all cash transactions is attached for this period.

**Exhibit E – Total Payables**
There are no post-petition bills that have been outstanding for 30 days or more.

**Exhibit F - Money Owed to You**
Receivables total $30,293.52

**Additional Information**
Banking Information
The Debtor opened its debtor-in-possession operating banking account, and payroll account at TD Bank. The bank statements for this Reporting Period for all open accounts are included in this month's Report.

Bank Reconciliation
The Debtor is Cash Basis and has no outstanding checks, all banking transactions are attached as Exhibits C and D.

**Adirondacks Protection Services, LLC**
*EXH C - Cash Receipts*
*September 2023*

| Account | Date | Transaction Type | Name | Amount |
|---|---|---|---|---|
| **Current Payroll Account 4193** | 09/05/2023 | Transfer | | 800.00 |
| **Current Operating Account 4870** | 09/12/2023 | Deposit | Crown Heights Medical Center | 6,509.77 |
| **Current Operating Account 4870** | 09/12/2023 | Deposit | The Manager | 353.41 |
| **Current Payroll Account 4193** | 09/13/2023 | Transfer | | 2,769.00 |
| **Current Operating Account 4870** | 09/22/2023 | Deposit | WIN - Women In Need, Inc. | 11,450.83 |
| **Current Operating Account 4870** | 09/22/2023 | Returned Check | NYS Dept of Labor - DOL Claim # 1 | 394.75 |
| **Current Operating Account 4870** | 09/22/2023 | Deposit | The Manager | 1,199.80 |
| **Current Operating Account 4870** | 09/25/2023 | Returned Check | TD Bank | 35.00 |
| **Current Operating Account 4870** | 09/25/2023 | Returned Check | NYS Dept of Labor - DOL Claim 9 - Case # LS02 2023000084 | 371.25 |
| **Current Payroll Account 4193** | 09/25/2023 | Transfer | | 4,300.00 |
| **Current Tax Account 4375** | 09/25/2023 | Transfer | | 1,800.00 |
| **Current Tax Account 4375** | 09/25/2023 | Returned Check | | 1,804.60 |
| **Current Operating Account 4870** | 09/26/2023 | Returned Check | TD Bank | 35.00 |
| **Current Tax Account 4375** | 09/26/2023 | Transfer | | 2,300.00 |
| **Current Tax Account 4375** | 09/26/2023 | Returned Check | TD Bank | 35.00 |

**Adirondacks Protection Services, LLC**
*EXH D - Cash Disbursements*
*September 2023*

| Account | Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| Current Operating Account 4870 | 09/01/2023 | Expense | | NYS Division of Licensing Services | VISA DDA PUR - NYS DIV OF LICENSING 518 4744429 * | Business licences | (50.00) |
| Current Operating Account 4870 | 09/05/2023 | Expense | | BoostMobile | VISA DDA PUR - 494144 BOOST MOBILE 833 502 6678 * CO | Utilities | (60.00) |
| Current Operating Account 4870 | 09/05/2023 | Expense | | MTA | VISA DDA PUR - 469216 MTA METROCARD MACHINE NEW YORK * NY | Travel | (133.00) |
| Current Operating Account 4870 | 09/05/2023 | Expense | | Google | VISA DDA PUR - 446634 GOOGLE ADS | Advertising & marketing | (80.89) |
| Current Operating Account 4870 | 09/05/2023 | Expense | | Intuit | INTL DDA PUR - 450057 INTUIT QBOOKS ONLINE | QuickBooks Payments Fees | (27.00) |
| Current Operating Account 4870 | 09/06/2023 | Expense | | Microsoft | VISA DDA PUR - 490641 MICROSOFT STORE MSBILL INFO * WA | Office expenses:Software & apps | (76.20) |
| Current Payroll Account 4193 | 09/06/2023 | Check | 158 | | POD CHECK | Payroll expenses:Wages | (400.00) |
| Current Payroll Account 4193 | 09/06/2023 | Check | 157 | | POD CHECK | Payroll expenses:Wages | (400.00) |
| Current Operating Account 4870 | 09/12/2023 | Expense | | Align | VISA DDA PUR - 401134 ALIGNABLE P 6179773022 | Dues And Subscription | (32.66) |
| Current Operating Account 4870 | 09/13/2023 | Check | 160 | Kyle Harris James and Mack | CHECK CASHED Kyle 489 Harris 490 James 366 and Mack 528 | Payroll expenses:Wages | (1,873.00) |
| Current Operating Account 4870 | 09/14/2023 | Check | 162 | Colin Blackman | POD CHECK 162 for the period - 06-22-23 to 06-28-23 | Owner draws | (640.00) |
| Current Operating Account 4870 | 09/14/2023 | Expense | | Guard Metrics | VISA DDA PUR AP - 449216 GUARDMETRICS | Dues And Subscription | (100.00) |
| Current Operating Account 4870 | 09/14/2023 | Expense | | Intuit | VISA DDA PUR AP - 469216 INTUIT QBOOKS ONLINE | QuickBooks Payments Fees | (118.13) |
| Current Payroll Account 4193 | 09/14/2023 | Check | 124 | TONYA T SANCHEZ | POD CHECK | Current Payroll Account 4193 | (560.00) |
| Current Payroll Account 4193 | 09/14/2023 | Check | 134 | Donna Rogers | POD CHECK | Payroll expenses:Wages | (630.68) |
| Current Payroll Account 4193 | 09/14/2023 | Check | 125 | Seon C. Carrington | POD CHECK | Payroll expenses:Wages | (550.00) |
| Current Operating Account 4870 | 09/15/2023 | Check | 132 | NYS Depart of Labor – DOL Claim 2 | CHECK 132 - LS 132021023780 | Bankruptsy Plan Payments | (27.38) |
| Current Operating Account 4870 | 09/15/2023 | Expense | | HP Instant Ink | VISA DDA PUR AP - 469216 HP INSTANT INK | Office expenses | (10.32) |
| Current Payroll Account 4193 | 09/15/2023 | Check | 126 | Donna Rogers | CHECK CASHED | Payroll expenses:Wages | (886.14) |
| Current Operating Account 4870 | 09/18/2023 | Expense | | Amtrak Cafe | VISA DDA PUR AP - 494144 AMTRAK EAST CAFE Q12 WASHINGTON * DC 494144 AMTRAK EAST CAFE Q12 WASHINGTON * DC | Meals | (21.25) |
| Current Operating Account 4870 | 09/18/2023 | Expense | | Amtrak Train | VISA DDA PUR AP - 494144 AMTRAK COM | Travel | (118.00) |
| Current Operating Account 4870 | 09/18/2023 | Expense | | PDF Filler | VISA DDA PUR AP - 491059 SUPPORTPDFFILLER | Dues And Subscription | (21.78) |
| Current Operating Account 4870 | 09/20/2023 | Expense | | Amtrak Train | VISA DDA PUR AP - 494144 AMTRAK COM 261074156078 WASHINGTON * DC | Travel | (118.00) |
| Current Operating Account 4870 | 09/20/2023 | Check | 164 | Kyle Harris James and Mack | CHECK CASHED | Payroll expenses:Wages | (940.00) |
| Current Tax Account 4375 | 09/20/2023 | Expense | | Al R James | DEBIT | Payroll expenses:Wages | (402.00) |
| Current Operating Account 4870 | 09/21/2023 | Check | 149 | NYS Dept of Taxation & Finance Claim # 1 | CHECK 149 | Bankruptcy Repayment Plan | (6.67) |
| Current Operating Account 4870 | 09/21/2023 | Expense | | Powered Books | VISA DDA PUR AP - 410086 POWERED BOOKS 844 769 3733 * CA | Legal & accounting services:Accounting fees | (109.99) |
| Current Operating Account 4870 | 09/22/2023 | Check | 137 | NYS Dept of Labor - DOL Claim # 8 FBO KHAN | CHECK 137 | Bankruptcy Repayment Plan | (75.65) |
| Current Operating Account 4870 | 09/25/2023 | Check | 167 | Colin Blackman | CHECK CASHED for 06-29-05 to 07-05-23 Owners Draw | Owner draws | (1,100.00) |

| Account | Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| **Current Operating Account 4870** | 09/26/2023 | Expense | | Digicel Body Camera | VISA DDA PUR AP - 469216 DIGICEL DING 90577407 876 380 7626 * FL | Office expenses:Software & apps | (30.00) |
| **Current Operating Account 4870** | 09/26/2023 | Check | 148 | NYS Dept of Taxation & Finance Claim # 1 | CHECK 148 | Bankruptcy Repayment Plan | (394.75) |
| **Current Operating Account 4870** | 09/26/2023 | Expense | | Digicel Body Camera | VISA DDA PUR AP - 469216 DIGICEL DING 90577382 876 380 7626 * FL | Office expenses:Software & apps | (30.00) |
| **Current Operating Account 4870** | 09/27/2023 | Expense | | Long Island Rail Road - LIRR | VISA DDA PUR AP - 469216 MTA MNR STATION TIX NEW YORK * NY | Travel | (18.00) |
| **Current Operating Account 4870** | 09/27/2023 | Expense | | Digicel Body Camera | VISA DDA PUR AP - 469216 DIGICEL DING 90620696 876 380 7626 * FL | Office expenses:Software & apps | (30.00) |
| **Current Payroll Account 4193** | 09/27/2023 | Check | 147 | TONYA T SANCHEZ | POD CHECK | Payroll expenses:Wages | (527.50) |
| **Current Payroll Account 4193** | 09/27/2023 | Check | 149 | Seon C. Carrington | POD CHECK | Payroll expenses:Wages | (413.75) |
| **Current Payroll Account 4193** | 09/27/2023 | Check | 160 | Seon C. Carrington | CHECK CASHED | Payroll expenses:Wages | (489.89) |
| **Current Payroll Account 4193** | 09/27/2023 | Check | 161 | Justin J Mack | POD CHECK | Payroll expenses:Wages | (752.54) |
| **Current Payroll Account 4193** | 09/27/2023 | Check | 159 | Jalil M Harris | CHECK CASHED | Payroll expenses:Wages | (552.61) |
| **Current Tax Account 4375** | 09/27/2023 | Expense | | NY Department of Taxation and Finance | NYS DTF SALES RETRY PYMT | Taxes paid | (1,804.60) |
| **Current Operating Account 4870** | 09/28/2023 | Expense | | Digicel Body Camera | VISA DDA PUR AP - 469216 DIGICEL DING 90658187 876 380 7626 * FL | Office expenses:Software & apps | (20.00) |
| **Current Operating Account 4870** | 09/29/2023 | Check | 158 | Anthony Persaud - Claim # 5 | CHECK 158 | Bankruptcy Repayment Plan | (32.58) |
| **Current Operating Account 4870** | 09/29/2023 | Check | 159 | Romano Chotkoe - Claim # 6 | CHECK 159 | Bankruptcy Repayment Plan | (27.45) |
| **Current Operating Account 4870** | 09/29/2023 | Expense | | Paradise Cleaners | VISA DDA PUR AP - 405522 ORGANIC PARADISE CLEANER BROOKLYN * NY | General business expenses:Uniforms | (58.24) |
| **Current Tax Account 4375** | 09/29/2023 | Expense | | IRS | IRS USATAXPYMT | Payroll Liabilities:Federal Taxes (941/943/944) | (1,480.29) |
| **Current Tax Account 4375** | 09/29/2023 | Expense | | NY Department of Taxation and Finance | PAYROLL TAX | Taxes paid | (705.68) |





T    **STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-11536 EDNY
PAYROLL
416 VERMONT ST
BROKLYN NY  11207

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Per od: | Sep 01 2023-Sep 30 2023 |
| Cust Ref #: | |
| Pr mary Account #: | 193 |

## Chapter 11 Checking

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-11536 EDNY
PAYROLL

Account # 4193

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 11.40 | Average Collected Balance | | 735.63 |
| Deposits | 7,869.00 | Interest Earned This Period | | 0.00 |
| | | Interest Paid Year-to-Date | | 0.00 |
| Checks Paid | 6,163.11 | Annual Percentage Yield Earned | | 0.00% |
| Ending Balance | 1,717.29 | Days in Period | | 30 |

| | Tota for th s cyc e | Tota Year to Date |
|---|---|---|
| Grace Per od OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | DEPOSIT | 800.00 |
| 09/13 | DEPOSIT | 2,769.00 |
| 09/25 | DEPOSIT | 4,300.00 |
| | Subtotal: | 7,869.00 |

**Checks Paid**    No Checks  11    * ndicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/14 | 124 | 560.00 | 09/06 | 157* | 400.00 |
| 09/14 | 125 | 550.00 | 09/06 | 158 | 400.00 |
| 09/15 | 126 | 886.14 | 09/27 | 159 | 552.61 |
| 09/14 | 134* | 630.68 | 09/27 | 160 | 489.89 |
| 09/27 | 147* | 527.50 | 09/27 | 161 | 752.54 |
| 09/27 | 149* | 413.75 | | | |
| | | | | Subtotal: | 6,163.11 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 11.40 | 09/14 | 1,039.72 |
| 09/05 | 811.40 | 09/15 | 153.58 |
| 09/06 | 11.40 | 09/25 | 4,453.58 |
| 09/13 | 2,780.40 | 09/27 | 1,717.29 |

Cal          for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured  TD Bank, N.A.  Equal Housing Lender

## How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    1,717.29

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

 you need in ormation about an electronic  und trans er or i  you believe there is an error on your bank statement or receipt relating to an electronic  und trans er  telephone the bank immediately at the phone number listed on the  ront o  your statement or write to

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear  rom you no later than sixty (60) calendar days a ter we sent you the  irst statement upon which the error or problem  irst appeared  When contacting the Bank  please explain as clearly as you can why you believe there is an error or why more in ormation is needed  Please include

- Your name and account number
- A description o  the error or transaction you are unsure  about
- he dollar amount and date o  the suspected  error

When making a verbal inquiry  the Bank may ask that you send us your complaint in writing within ten (10) business days a ter the  irst telephone call

We will investigate your complaint and will correct any error promptly    we take more than ten (10) business days to do this  we will credit your account  or the amount you think is in error  so that you have the use o  the money during the time it takes to complete our investigation

**INTEREST NOTICE**

 otal interest credited by the Bank to you this year will be reported by the Bank to the  nternal Revenue Service and State tax authorities   he amount to be reported will be reported separately to you by the Bank

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

 n case o  Errors or Questions About Your  Bill

 you think your bill is wrong  or i  you need more in ormation about a transaction on your bill  write us at P O  Box 1377  Lewiston  Maine 04243-1377 as soon as possible  We must hear  rom you no later than sixty (60) days a ter we sent you the F RS   bill on which the error or problem appeared  You can telephone us  but doing so will not preserve your rights   n your letter  give us the  ollowing in ormation

- Your name and account number
- he dollar amount o  the suspected  error
- Describe the error and explain  i  you can  why you believe there is an error   you need more in ormation  describe the item you are unsure  about

You do not have to pay any amount in question while we are investigating  but you are still obligated to pay the parts o  your bill that are not in question  While we investigate your question  we cannot report you as delinquent or take any action to collect the amount you question

F NANCE CHARGES  Although the Bank uses the Daily Balance method to calculate the  inance charge on your Moneyline/Overdra t Protection account (the term "ODP" or "OD" re ers to Overdra t Protection)  the Bank discloses the Average Daily Balance on the periodic statement as an easier method  or you to calculate the  inance charge  he  inance charge begins to accrue on the date advances and other debits  are posted to your account and will continue until the balance has been paid in  ull   o compute the  inance charge  multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on  the  ront o  the statement)   he Average Daily Balance is calculated by adding the balance  or each day o  the billing cycle  then dividing the total balance by the number o  Days in the Billing Cycle   he daily balance is the balance  or the day a ter advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day   here is no grace period during which no  inance charge accrues  Finance charge adjustments are included in your total  inance  charge





**T** **STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
TAX ACCOUNT
416 VERMONT ST
BROOKLYN NY  11207-4214

Page: 1 of 3
Statement Period: Sep 01 2023-Sep 30 2023
Cust Ref #:
Primary Account #: 375

## Chapter 11 Checking

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
TAX ACCOUNT

Account # 4375

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 427.00 | Average Collected Balance | 454.96 |
| Deposits | 4,100.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,804.60 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 35.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Electronic Payments | 5,795.17 | | |
| Other Withdrawals | 437.00 | | |
| Ending Balance | 134.43 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $105.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $35.00 | $105.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | DEPOSIT | 1,800.00 |
| 09/26 | DEPOSIT | 2,300.00 |
| | Subtotal: | 4,100.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | ACH RETURNED ITEM, NYS DTF SALES TAX PAYMNT ****00103775260 | 1,804.60 |
| | Subtotal: | 1,804.60 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/26 | NSF GRACE FEE REFUND | 35.00 |
| | Subtotal: | 35.00 |

**Call** **24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    134.43

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
TAX ACCOUNT

Page: 3 of 3
Statement Period: Sep 01 2023-Sep 30 2023
Cust Ref #:
Primary Account #: 375

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22 | CCD DEBIT, NYS DTF SALES TAX PAYMNT ****00103775260 | 1,804.60 |
| 09/27 | CCD DEBIT, NYS DTF SALES RETRY PYMT ****00103775260 | 1,804.60 |
| 09/29 | CCD DEBIT, IRS USATAXPYMT ****67266058272 | 1,480.29 |
| 09/29 | CCD DEBIT, PAYROLL TAX 17321543 | 705.68 |
| | Subtotal: | 5,795.17 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | DEBIT | 402.00 |
| 09/25 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 437.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 427.00 | 09/26 | 4,125.00 |
| 09/20 | 25.00 | 09/27 | 2,320.40 |
| 09/22 | -1,779.60 | 09/29 | 134.43 |
| 09/25 | 1,790.00 | | |

**Call** ▆▆▆▆▆▆ **for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

T   **STATEMENT OF ACCOUNT**



Go paperless.
Scan the QR code to opt in to paperless statements.

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY
OPERATING
416 VERMONT ST
BROOKLYN NY  11207-4214

Page: 1 of 4
Statement Period: Sep 01 2023-Sep 30 2023
Cust Ref #:
Primary Account #: 870

## Chapter 11 Checking

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY

Account # 4870

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,272.18 | Average Collected Balance | 1,064.02 |
| Deposits | 19,513.81 | Interest Earned This Period | 0.00 |
| Other Credits | 836.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 17,852.48 | Days in Period | 30 |
| Electronic Payments | 1,263.46 | | |
| Other Withdrawals | 70.00 | | |
| Ending Balance | 2,436.05 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $70.00 | $70.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $70.00 | $70.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | DEPOSIT | 6,509.77 |
| 09/12 | DEPOSIT | 353.41 |
| 09/22 | DEPOSIT | 11,450.83 |
| 09/22 | DEPOSIT | 1,199.80 |
| | Subtotal: | 19,513.81 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22 | RETURNED ITEM | 394.75 |
| 09/25 | RETURNED ITEM | 371.25 |
| 09/25 | NSF GRACE FEE REFUND | 35.00 |
| 09/26 | NSF GRACE FEE REFUND | 35.00 |
| | Subtotal: | 836.00 |

**Call** for 24-hour Bank-by-Phone services or connect to **www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    2,436.05
❷ Total Deposits    +
❸ Sub Total
❹ Total Withdrawals    -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



## STATEMENT OF ACCOUNT

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY

Page: 3 of 4
Statement Period: Sep 01 2023-Sep 30 2023
Cust Ref #:
Primary Account #:                    870

## DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 17   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/22 | 130 | 371.25 | 09/13 | 160 | 1,873.00 |
| 09/15 | 132* | 27.38 | 09/13 | 161 | 2,769.00 |
| 09/22 | 137* | 75.65 | 09/14 | 162 | 640.00 |
| 09/05 | 146* | 800.00 | 09/20 | 164* | 940.00 |
| 09/21 | 148* | 394.75 | 09/25 | 165 | 1,800.00 |
| 09/26 | 148* | 394.75 | 09/25 | 166 | 4,300.00 |
| 09/21 | 149 | 6.67 | 09/25 | 167 | 1,100.00 |
| 09/29 | 158* | 32.58 | 09/26 | 168 | 2,300.00 |
| 09/29 | 159 | 27.45 | | | |

Subtotal: 17,852.48

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | DEBIT CARD PURCHASE, ****    80562, AUT 083123 VISA DDA PUR NYS DIV OF LICENSING    518 4744429 * NY | 50.00 |
| 09/05 | DEBIT CARD PURCHASE, *****    0562, AUT 083123 VISA DDA PUR MTA METROCARD MACHINE    NEW YORK    * NY | 133.00 |
| 09/05 | DEBIT CARD PURCHASE, *****    0562, AUT 090123 VISA DDA PUR GOOGLE ADS2723445596    650 2530000 * CA | 80.89 |
| 09/05 | DEBIT CARD PAYMENT, *****    0562, AUT 090223 VISA DDA PUR BOOST MOBILE    833 502 6678 * CO | 60.00 |
| 09/05 | INTL DEBIT CARD PUR, *****    0562, AUT 090423 INTL DDA PUR INTUIT QBOOKS ONLINE    01628590800 G BR | 27.00 |
| 09/06 | DEBIT CARD PURCHASE, ****    0562, AUT 090523 VISA DDA PUR MICROSOFT STORE    MSBILL INFO * WA | 76.20 |
| 09/12 | DEBIT CARD PAYMENT, *****    0562, AUT 091123 VISA DDA PUR ALIGNABLE P 6179773022    HTTPSWWW ALIG * MA | 32.66 |
| 09/14 | DBCRD PMT AP, *****0    0562, AUT 091323 VISA DDA PUR AP INTUIT QBOOKS ONLINE    CL INTUIT COM * CA | 118.13 |
| 09/14 | DBCRD PMT AP, ****    0562, AUT 091323 VISA DDA PUR AP GUARDMETRICS NET    GUARDMETRICS * FL | 100.00 |
| 09/15 | DBCRD PMT AP, *****    0562, AUT 091423 VISA DDA PUR AP HP INSTANT INK    855 785 2777 * CA | 10.32 |
| 09/18 | DBCRD PUR AP, *****    0562, AUT 091423 VISA DDA PUR AP AMTRAK COM 257065064440    WASHINGTON    * DC | 118.00 |
| 09/18 | DBCRD PMT AP, ****    0562, AUT 091723 VISA DDA PUR AP SUPPORTPDFFILLER COM    855 750 1663 * MA | 21.78 |
| 09/18 | DBCRD PUR AP, *****    0562, AUT 091523 VISA DDA PUR AP AMTRAK EAST CAFE    Q12    WASHINGTON    * DC | 21.25 |
| 09/20 | DBCRD PUR AP, ****    0562, AUT 091823 VISA DDA PUR AP AMTRAK COM 261074156078    WASHINGTON    * DC | 118.00 |

**Call** ████████ **for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

ADIRONDACKS PROTECTION SERVICES LLC
DIP CASE 22-42927 EDNY

Page: 4 of 4
Statement Period: Sep 01 2023-Sep 30 2023
Cust Ref #:
Primary Account #: 870

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/21 | DBCRD PUR AP, ****0562, AUT 092023 VISA DDA PURAP POWERED BOOKS 844 769 3733 * CA | 109.99 |
| 09/26 | DBCRD PUR AP, ****0562, AUT 092523 VISA DDA PURAP DIGICEL DING 90577382 876 380 7626 * FL | 30.00 |
| 09/26 | DBCRD PUR AP, ****0562, AUT 092523 VISA DDA PURAP DIGICEL DING 90577407 876 380 7626 * FL | 30.00 |
| 09/27 | DBCRD PUR AP, ****0562, AUT 092623 VISA DDA PURAP DIGICEL DING 90620696 876 380 7626 * FL | 30.00 |
| 09/27 | DBCRD PUR AP, ****0562, AUT 092523 VISA DDA PURAP MTA MNR STATION TIX NEW YORK * NY | 18.00 |
| 09/28 | DBCRD PUR AP, ****0562, AUT 092723 VISA DDA PURAP DIGICEL DING 90658187 876 380 7626 * FL | 20.00 |
| 09/29 | DBCRD PUR AP, ****0562, AUT 092723 VISA DDA PURAP ORGANIC PARADISE CLEANER BROOKLYN * NY | 58.24 |
| | Subtotal: | 1,263.46 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/22 | OVERDRAFT RET | 35.00 |
| 09/25 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 70.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 1,272.18 | 09/20 | 118.75 |
| 09/01 | 1,222.18 | 09/21 | -392.66 |
| 09/05 | 121.29 | 09/22 | 12,170.82 |
| 09/06 | 45.09 | 09/25 | 5,342.07 |
| 09/12 | 6,875.61 | 09/26 | 2,622.32 |
| 09/13 | 2,233.61 | 09/27 | 2,574.32 |
| 09/14 | 1,375.48 | 09/28 | 2,554.32 |
| 09/15 | 1,337.78 | 09/29 | 2,436.05 |
| 09/18 | 1,176.75 | | |

**Call** ▮▮▮ **for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender