**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>**ADIRONDACKS PROTECTION SERVICES, LLC**<br>**aka Sentinel Security Services, LLC**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-42927 (NHL) |

**FINAL DECREE CLOSING THE CHAPTER 11 CASE**
**OF ADIRONDACKS PROTECTION SERVICES, LLC**

Upon the application of Adirondacks Protection Services, LLC (the "Debtor"), for (a) a

final decree (the "Final Decree"), pursuant to section 350(a) of title 11 of the United States Code

(the "Bankruptcy Code") as supplemented by Rule 3022 of the Federal Rules of Bankruptcy

Procedure ("Rule 3022") and EDNY Local Bankruptcy Rule 3022-1 ("LBR 3022-1"), closing the

Debtor's Chapter 11 case; and the Court having reviewed the proposed order; and the Office of the

United States Trustee having no opposition to the proposed order; and the Court having

determined that notice of the proposed order was good and sufficient; and the Court having further

determined that the case has been fully administered as contemplated by section 350 of the

Bankruptcy Code and Rule 3022; it is hereby:

ORDERED, that the Chapter 11 case of Adirondacks is hereby closed, pursuant to section

350(a) of the Bankruptcy Code, Rule 3022 and LBR 3022-1; and it is further

---

[1] The last four digits of Debtor's taxpayer identification number are 3269.

ORDERED, that the Debtor shall continue to file monthly operating reports until such time as this Final Decree is entered; and it is further

ORDERED, that notwithstanding the closure of the Chapter 11 case of Adirondacks, the Court retains jurisdiction to enforce any of its orders issued in the case.

Dated: January 8, 2024
    Brooklyn, New York



Nancy Hershey Lord
United States Bankruptcy Judge